UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>QJUAN MOORE, )<br> )<br>Defendant. ) | 8:07CR59<br><br>**FINAL ORDER OF FORFEITURE** |

NOW ON THIS 22nd day of August, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief.  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On June 4, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Sturm Ruger & Co., .22 Caliber semi-automatic pistol, serial number 235944, was forfeited to the United States.

2.  On July 5, 12 and 19, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on August 20, 2007 (Filing No. 37).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the Sturm Ruger & Co., .22 Caliber semi-automatic pistol, serial number 235944, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Sturm Ruger & Co., .22 Caliber semi-automatic pistol, serial number 235944, be, and the same hereby is, forfeited to the United States of America.

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 22nd day of August, 2007.

                                               **BY THE COURT:**

                                               /s Joseph F. Bataillon

                                             _____
                                             **JOSEPH F. BATAILLON, CHIEF JUDGE**
                                             **United States District Court**