## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| )  | |
| Plaintiff,                                    ) | |
| )  | **8:07CR59** |
| vs.                                              ) | |
| )  | **ORDER** |
| **QJUAN MOORE,**                          ) | |
| )  | |
| Defendant.                               ) | |

Defendant Qjuan Moore appeared before the court on Tuesday, December 22, 2009, on a Petition for Warrant or Summons for Offender Under Supervision [43]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The Defendant waived a preliminary examination. The government moved for detention. A detention hearing was held on December 28, 2009. Defendant was released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Jospeh F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 7, 2010 at 9:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 28th day of December, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge